**Lawrence GONZALES, Appellant, v. STATE, Appellee.**

No. 20328.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

Horace H. Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for possession of marihuana; punishment assessed is confinement in the state penitentiary for a term of three years.

The appellant has filed an affidavit to dismiss this appeal, duly certified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Lawrence GONZALES, Appellant, v. STATE, Appellee.**

No. 20329.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

Earl Shelton and H. H. Shelton, both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possessing marihuana; the punishment, confinement in the penitentiary for three years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Lawrence GONZALES, Appellant, v. STATE, Appellee.**

No. 20330.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

Earl Shelton and Horace H. Shelton, both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of marihuana; penalty assessed at confinement in the penitentiary for three years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Gaines GREEN, Appellant, v. STATE, Appellee.**

No. 20037.

Court of Criminal Appeals of Texas.

Oct. 19, 1938.

John M. Mathis, Jr., of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for receiving and concealing stolen property; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.